UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| FRANK D. JONES, | Civil No. 07-3897 (JRT/FLN) |
| Plaintiff, | |
| v. | |
| | **ORDER FOR DISMISSAL** |
| CITY OF SAINT PAUL POLICE DEPARTMENT, DARRYL R. BOERGER, AND CHAD DEGREE, | |
| Defendants. | |

_____

Kenya Bodden and William Walker, Jr., **WALKER LAW OFFICES, PA**, 3112 Hennepin Avenue South, Minneapolis, MN 55408, for plaintiff.

Cheri Sisk, **CITY OF ST PAUL ATTORNEY'S OFFICE,** 15 West Kellogg Boulevard, 750 City Hall and Courthouse, St. Paul, MN 55102**,** for defendants.

The above-entitled matter came before the undersigned Judge of the United States District Court, District of Minnesota, on the stipulation for dismissal of claims against the City of St. Paul Police Department, by and between the parties, Plaintiff Frank D. Jones and Defendant city of St. Paul Police Department [Docket No. 39].

**IT IS HEREBY ORDERED** that pursuant to the fully-executed stipulation for dismissal, all claims against the City of St. Paul Police Department shall be dismissed in their entirety with prejudice, on the merits, and without costs, attorneys' fees, or disbursements to either party.

DATED: June 2, 2009
at Minneapolis, Minnesota.

                                                   s/John R. Tunheim
                                            JOHN R. TUNHEIM
                                         United States District Judge